UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYA THOMAS, TYANA MILLER,
                           Plaintiffs,

                  -v-

CITY OF NEW YORK *et al.*,
                           Defendants.

17-CV-8593 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      A conference was held in this case on January 21, 2021. This Order confirms the schedule set during that conference:

- A trial in this case is scheduled to begin on June 21, 2021, at 9:30 a.m.
- The final pretrial conference will be held on June 10, 2021, at 3:00 p.m.
- The parties shall file a joint pretrial order, proposed jury instructions, voir dire questions, and any motions *in limine* by May 28, 2021.
- Responses in opposition to any motions *in limine* are due by June 4, 2021.

      SO ORDERED.

Dated: January 21, 2021
       New York, New York

                                                _____
                                                   J. PAUL OETKEN
                                                   United States District Judge