```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KENYA THOMAS and TYANA MILLER,

                          Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                         Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

17-CV-8593 (JPO)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter currently scheduled for Tuesday, April 6, 2021 at 2:00 p.m. is hereby rescheduled to **Tuesday, May 25, 2021 at 2:00 p.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **May 18, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: March 10, 2021
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge