UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

KENYA THOMAS and TYANA MILLER,
                                    Plaintiffs,

                      -v-

CITY OF NEW YORK, et al.,
                                    Defendants.

17-CV-8593 (JPO)

ORDER

---------------------------------------------------------------

J. PAUL OETKEN, District Judge:

      The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. On January 21, 2021, the Court scheduled the jury trial in this case to begin on June 21, 2021. (Dkt. No. 80.) The Court then requested a jury trial for that date.

      The Clerk's Office recently informed the Court that this case is on the jury trial list for June 21, 2021. The case must be trial-ready on that date. The case is third on the list for jury trials for that day. This means that the case will not proceed on June 21, 2021, if either of the other trials scheduled for that date goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on June 21, 2021, it will inform the parties.

1

The Court previously entered a schedule for the submission of joint pretrial materials, which are due by May 28, 2021. (Dkt. No. 80.) A final pretrial conference is scheduled for June 10, 2021, at 3:00 p.m. (*Id.*)

SO ORDERED.

Dated: March 18, 2021
       New York, New York

                                                       _____
                                                            J. PAUL OETKEN
                                                    United States District Judge