UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENYA THOMAS and TYANA MILLER,
                         Plaintiffs,

-v-

CITY OF NEW YORK, et al.,
                         Defendants.

17-CV-8593 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    A conference was held in this case on July 29, 2021. This Order confirms the schedule set during that conference:

- The final pretrial conference will be held on August 3, 2021, at 2:00 p.m., in Courtroom 706 of the 40 Foley Square Courthouse.

- Jury selection will begin on August 24, 2021, at 9:30 a.m., in the Jury Assembly Room of the 500 Pearl Street Courthouse.

    SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                           United States District Judge