UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYANA MILLER, *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

17-CV-8593 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The jury trial in this case, previously scheduled for February 7, 2022, is hereby adjourned

to February 8, 2022. This case is the third-priority case for jury selection on February 8, 2022,

behind 20-CR-130 and 19-CR-901, meaning that this case will go forward if trial in 20-CR-130

and 19-CR-901 are adjourned.

SO ORDERED.

Dated: January 5, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge