UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENYA THOMAS, TYANNA MILLER,
                        Plaintiffs,                17 **CIVIL** 8593 (JPO)

      -against-                              **JUDGMENT**

OFFICER BRIDGET PENNER, et al.,
                        Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable J. Paul Oetken, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
              September 12, 2022

                                                              **RUBY J. KRAJICK**

**So Ordered:**                                    **Clerk of Court**

                                                        **BY:**   *K. Mango*

_____
J. PAUL OETKEN
United States District Judge
                                                           **Deputy Clerk**